IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **PARAMOUNT FINANCIAL COMMUNICATIONS, INC., doing business as "PLAN MANAGEMENT CORP.," and JONATHAN MILLER,**<br>　　　　　　Plaintiffs,<br><br>　　　v.<br><br>**BROADRIDGE INVESTOR COMMUNICATION SOLUTIONS, INC.,**<br>　　　　　　Defendant. | CIVIL ACTION<br><br><br><br>NO.  15-405 |

### O R D E R

**AND NOW**, this 6th day of July, 2015, upon consideration of Defendant Broadridge Investor Communication Solutions, Inc.'s Partial Motion to Dismiss (Document No. 8, filed April 3, 2015); Plaintiffs' Memorandum of Law in Opposition to Defendant's Partial Motion to Dismiss (Document No. 13, filed May 4, 2015); and Defendant's Reply in Further Support of Defendant Broadridge Investor Communication Solutions, Inc.'s Partial Motion to Dismiss (Document No. 14, filed May 11, 2015), for the reasons stated in the accompanying Memorandum dated July 6, 2015, **IT IS ORDERED** that Defendant's Partial Motion to Dismiss is **GRANTED IN PART** and **DENIED IN PART**, as follows:

1. Defendant's Partial Motion to Dismiss is **GRANTED** with respect to Count II, to the extent that it relates to the Marketing Agreement, and with respect to Counts III and IV in their entirety; and

2. Defendant's Partial Motion to Dismiss is **DENIED** in all other respects.

   **IT IS FURTHER ORDERED** that a preliminary pretrial conference will be scheduled in due course. Discovery may proceed in the interim.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Hon. Jan E. DuBois

　　　　　　　　　　　　　　　　　　　　　　　　　　　　**DuBOIS, JAN E., J.**