IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PARAMOUNT FINANCIAL COMMUNICATIONS, INC. d/b/a PLAN MANAGEMENT CORP., et al. | : : : : | CIVIL ACTION |
| v. | : : | |
| BROADRIDGE INVESTOR COMMUNICATION SOLUTIONS, INC. | : : | NO. 15-405 |

**O R D E R**

AND NOW, this 7th day of February, 2017, upon consideration of plaintiffs' Motion to Compel Full and Complete Responses to Plaintiffs' First Set of Requests for Admission (the "Motion," Doc. 38), with an accompanying memorandum of law in support thereof, and defendant's Response in opposition to thereto (Doc. 48), and for the reasons set forth in the accompanying Memorandum of Decision, it is hereby

**ORDERED**

1. The Motion is **GRANTED IN PART** and **DENIED IN PART**.

2. Defendant's objections to the instructions at the beginning of the RFAs, specifically instruction numbers 7, 8 and 10, are **SUSTAINED**.

3. Defendant's objections to the definitions at the beginning of the RFAs are **DENIED**.

4. Defendant's objections to RFA Nos. 1, 5, 6, 8, 9, 10, 11, 12, 14(a), 14(b), 16, 18, 23, 24, 26 and 27 are **SUSTAINED** and no responses are required. Plaintiffs' Motion with respect to these RFAs is **DENIED**.

5. Defendant's objections to RFA Nos. 2, 3, 4, 7, 13, 15(a), 15(b), 15(c), 15(d), 17, 19, 20, 21, 22, 25, 28, 31, 32, 33, 34, 35, 36 and 37 are **OVERRULED** and defendant shall filed amended responses to these requests with any qualifications required. Plaintiffs' Motion with respect to these RFAs is **GRANTED**.

6. All responses by defendant required by the instant Order and the accompanying Memorandum of Decision shall comply with Rule 36(a)(4) and shall be served upon plaintiffs within fourteen (14) days of the date of this Order.

BY THE COURT:

/s/ Thomas J. Rueter
THOMAS J. RUETER
United States Magistrate Judge