IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **PARAMOUNT FINANCIAL COMMUNICATIONS, INC., AND JONATHAN MILLER,**<br>    **Plaintiffs,**<br><br>    v.<br><br>**BROADRIDGE INVESTOR COMMUNICATION SOLUTIONS, INC.,**<br>    **Defendant.** | **CIVIL ACTION**<br><br><br><br>**NO. 15-405** |

# O R D E R

**AND NOW**, this 31st day of August, 2023, upon consideration of Plaintiff Paramount Financial Communications, Inc.'s Motion for Reconsideration, (ECF Nos. 278 & 281), and Defendant's response thereto, (ECF No. 279), **IT IS HEREBY ORDERED** that Plaintiff's Motion is **DENIED**.

              BY THE COURT:

              /S/WENDY BEETLESTONE, J.

              _____
              **WENDY BEETLESTONE, J.**